No. 00–8562. DUNCAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8564. KIMBERLIN *v.* DEWALT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–8565. MARTIN *v.* COLLINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–8569. BAILEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–8571. CHAKLADER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–8574. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8577. LILLIE *v.* EGELHOFF ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–8589. SANDOVAL ROCCA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8591. KINTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8599. VICUNA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–789. ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND ET AL. *v.* RUBINSTEIN; and

No. 00–996. RUBINSTEIN *v.* ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of these petitions. Reported below: 218 F. 3d 392.

No. 00–1200. BINNS *v.* WAL-MART STORES, INC. Sup. Ct. Ark. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–7911. DEWBERRY *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–1263. BALLS *v.* AT&T CORP. C. A. 3d Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.